# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X

CHRIS JONATHAN EPPERSON,

                Plaintiff,                    24 **CIVIL** 6619 (LLS)

    -against-                          **JUDGMENT**

UNITED STATES OF AMERICA; HOUSE OF SENATE; HOUSE OF REPRESENTATIVES; UNITED STATES GOVERNMENT; THE DEMOCRATIC REPUBLICAN PARTY; UNITED STATES CONGRESS; FRANKLIN D. ROOSEVELT; HARRY S. TRUMAN; RICHARD M. NIXON; LYNDON B. JOHNSON.

                Defendants.

---------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 12, 2025, this action is dismissed. See 28 U.S.C. § 1915(e)(2)(B)(i), (iii); Fed. R. Civ. P. 12(h) (3).

**Dated:** New York, New York

     May 15, 2025

                                            **TAMMI M. HELLWIG**
                                               **Clerk of Court**

                 **BY:**

                                                 **Deputy Clerk**